Index # 13 CV 1985
Purchased/Filed: March 25, 2013

Attorney(s):

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Terrell Thomas,

Plaintiff

against

Noldem Associates LLC, Subway Real Estate Corp. and JDH Concepts Inc.,

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 24 Yrs.

Weight: 175 Lbs.   Height: 6' 1"   Sex: Male   Color of skin: White

Hair color: Brown   Other: ___

___Kyle Warner___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___March 27, 2013___, at ___1:14 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons in a Civil Action & Complaint

on ___Subway Real Estate Corp.___, the Defendant in this action, by delivering to and leaving with ___Chad Matice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
27th day of March, 2013

_____
PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

_____
Kyle Warner

**Invoice•Work Order # 1305157**