Apr 17 13 01:48p    Schreier & Wachsman, LLP                    2128890279

RECEIVED
APR 17 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
USDJ

SCHREIER & WACHSMAN, LLP
DAVID M. SCHREIER
240 Madison Avenue, 8th Floor
New York, New York 10016
Telephone:   212-889-0686
Facsimile:    212-889-0279

Attorneys for Defendants,
Noldem Associates, LLC,
Subway Real Estate Corp. and
JDH Concepts, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRELL THOMAS,

                      Plaintiff,

v.

NOLDEM ASSOCIATES LLC, SUBWAY REAL
ESTATE CORP. and JDH CONCEPTS, INC.,

                      Defendants.

CIV. ACT. NO.: 13-CV-1985 (AKH)

STIPULATION & ORDER TO
EXTEND ANSWER DUE DATE

---

**IT IS HEREBY STIPULATED** by and between Plaintiff, Terrell Thomas (the "Plaintiff"), by and through their attorneys of record Parker Hanski, on the one hand, and Defendants, Noldem Associates, LLC, Subway Real Estate Corp. and JDH Concepts, Inc. (the "Defendants"), by and through their counsel Schreier & Wachsman, LLP., on the other, that Plaintiff and Defendants have agreed that the Defendants' deadline to answer, move or otherwise respond to the Complaint will be thirty (30) days from the date of entry of this Stipulation and Order.

**IT IS SO STIPULATED:**

Dated: April 17, 2013

**Parker Hanski, LLC**

By: *Glen Parker*

Glen H. Parker
Attorneys for Plaintiff
40 Worth Street, 10th Floor
New York, New York 10013
Telephone: (212) 248-7400
Facsimile: (212) 248-5600
Email: ash@parkerhanski.com

Dated: April 17, 2013

**Schreier & Wachsman, LLP**

By: [signature]

David M. Schreier
Attorneys for Defendants
240 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 889-0686
Facsimile: (212) 889-0279
Email: MWachsman@aol.com

Dated: April 17, 2013

**IT IS SO ORDERED:**

By: [signature]
U.S.D.J.