SCHREIER & WACHSMAN, LLP  
DAVID M. SCHREIER  
240 Madison Avenue, 8th Floor  
New York, New York 10016  
Telephone: 212-889-0686  
Facsimile: 212-889-0279  




Attorneys for Defendants,  
Noldem Associates, LLC,  
Subway Real Estate Corp. and  
JDH Concepts, Inc.  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

---

TERRELL THOMAS,

            v.            Plaintiff,

NOLDEM ASSOCIATES LLC, SUBWAY REAL  
ESTATE CORP. and JDH CONCEPTS, INC.,

            Defendants.

CIV. ACT. NO.: 13-CV-1985 (AKH)

STIPULATION & ORDER TO  
EXTEND ANSWER DUE DATE

---

**IT IS HEREBY STIPULATED** by and between Plaintiff, Terrell Thomas (the "Plaintiff"), by and through their attorneys of record Parker Hanski, on the one hand, and Defendants, Noldem Associates, LLC, Subway Real Estate Corp. and JDH Concepts, Inc. (the "Defendants"), by and through their counsel Schreier & Wachsman, LLP., on the other, that Plaintiff and Defendants have agreed that the Defendants' deadline to answer, move or otherwise respond to the Complaint will be thirty (30) days from the date of entry of this Stipulation and Order.

**IT IS SO STIPULATED:**

Dated:  April 17, 2013

Parker Hanski, LLC

By: _____
Glen H. Parker
Attorneys for Plaintiff
40 Worth Street, 10th Floor
New York, New York 10013
Telephone: (212) 248-7400
Facsimile: (212) 248-5600
Email: ash@parkerhanski.com


Dated:  April 17, 2013

**Schreier & Wachsman, LLP**

By: _____
David M. Schreier
Attorneys for Defendants
240 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 889-0686
Facsimile: (212) 889-0279
Email: MWachsman@aol.com


Dated: April 18, 2013

**IT IS SO ORDERED:**

By: _____
U.S.D.J.